1997R02538

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Harold A. Ackerman

        v.     :     Criminal No. 98-146

KWANG CHON JEON     :     ORDER FOR DISMISSAL

       Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses the Indictment, Criminal No. 98-146, against defendant Kwang Chon Jeon, which Indictment was filed on March 10, 1998, charging the defendant with a violation of Title 17, United States Code, Section 506, and Title 18, United States Code, Sections 2319 & 2, for the reason that further prosecution of this defendant at this time is not in the best interests of the United States.

       This dismissal is without prejudice.

_Christopher J. Christie_
CHRISTOPHER J. CHRISTIE
United States Attorney

       Leave of Court is granted for the filing of the foregoing dismissal.

_Harold A. Ackerman_
HON. HAROLD A. ACKERMAN
United States District Judge

Dated: August 27th, 2008